UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEW FLYER OF AMERICA INC.,
                            Plaintiff,

                -against-

XPO LOGISTICS,
                           Defendant.
------------------------------------------------------------X

24 Civ. 489 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the order dated May 3, 2024, directed Plaintiff to file an Amended Complaint by May 10, 2024, removing the second and third causes of action in accordance with the parties' stipulation dated April 30, 2024;

      WHEREAS, Plaintiff has not filed an Amended Complaint.  It is hereby

      **ORDERED** that, by **May 24, 2024**, Plaintiff shall file the Amended Complaint.

Dated: May 21, 2024
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**